BOHM LAW GROUP, INC.
LAWRANCE A. BOHM (State Bar No. 208716)
ZANE E. HILTON (State Bar No. 305207)
DEREK K. ULMER (State Bar No. 318255)
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: (866) 920.1292
Facsimile: (916) 927.2046

BOUCHER LAW
ROBERT L. BOUCHER (State Bar No. 244760)
2121 Natomas Crossing Drive, Suite 200-389
Sacramento, California 95834
Telephone: (916) 974.9756

Attorneys for Plaintiff
JOHN ROITINGER

LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
Email: glafayette@lkclaw.com
BRIAN H. CHUN (State Bar No. 215417)
Email: bchun@lkclaw.com
BARBARA L. LYONS (State Bar No. 173548)
Email: blyons@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendants
PRUDENTIAL FINANCIAL, INC., PRUDENTIAL
ANNUITIES LIFE ASSURANCE CORPORATION, and
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROITINGER,<br><br>     Plaintiff,<br><br>vs.<br><br>PRUDENTIAL FINANCIAL, INC.;<br>PRUDENTIAL ANNUITIES;<br>PRUDENTIAL INSURANCE COMPANY<br>OF AMERICA, INC.; DOES 1 through 20,<br>inclusive,<br><br>     Defendants. | Case No. 2:19-CV-01248-WBS-EFB<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO COMPLAINT**<br><br>(Local Rule 144)<br><br>Complaint Filed: June 4, 2019<br>Action Removed: July 5, 2019 |

Plaintiff John Roitinger ("Plaintiff") and Defendants Prudential Financial, Inc., Prudential Annuities Life Assurance Corporation and The Prudential Insurance Company of America ("Defendants") (collectively referred to as the "Parties") submit this joint stipulation to continue the date for Defendants to file a response to Plaintiff's Complaint pursuant to Local Rule 144.

WHEREAS, on or about June 4, 2019, Plaintiff filed the underlying civil complaint ("Complaint");

WHEREAS, Summons and Complaint were served on each Defendant on June 5, 2019;

WHEREAS, Defendants removed the action to this Court on July 5, 2019;

WHEREAS, a response to the Complaint is due on July 12, 2019;

WHEREAS, the Parties stipulate to extend the time for Defendants to file a response to the Complaint for 28 days, or August 9, 2019;

WHEREAS, this is the first request for a continuance submitted by the Parties.

IT IS HEREBY STIPULATED and agreed to by the Parties, by and through their attorneys of record herein, that the due date for Defendants to file a response to the Complaint is extended for 28 days, up to and including August 9, 2019.

Respectfully Submitted,

BOUCHER LAW

Dated: July 11, 2019

*/s/ Robert L. Boucher*
Robert L. Boucher
Attorney for Plaintiff JOHN ROITINGER

Dated: July 11, 2019

LAFAYETTE & KUMAGAI LLP

*/s/ Brian H. Chun*
BRIAN H. CHUN
Attorneys for Defendants
PRUDENTIAL FINANCIAL, INC.,
PRUDENTIAL ANNUITIES LIFE
ASSURANCE CORPORATION, THE
PRUDENTIAL INSURANCE OF
AMERICA

**ORDER**

Pursuant to the Stipulation above, it is hereby **ORDERED** that:

The due date for Defendants to file a response to the Complaint is extended for 28 days, up to and including August 9, 2019.

IT IS SO ORDERED.

Dated: July 11, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE