LAFAYETTE & KUMAGAI LLP
Gary T. Lafayette (State Bar No. 088666)
Email: glafayette@lkclaw.com
Brian H. Chun (State Bar No. 215417)
Email: bchun@lkclaw.com
Barbara L. Lyons (State Bar No. 173548)
Email: blyons@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendants
PRUDENTIAL FINANCIAL, INC., PRUDENTIAL
ANNUITIES LIFE ASSURANCE CORPORATION, and
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

BOHM LAW GROUP, INC.
Lawrance A. Bohm (State Bar No. 208716)
Zane E. Hilton (State Bar No. 305207)
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone:   (866) 920.1292
Facsimile:    (916) 927.2046

BOUCHER LAW
Robert L. Boucher (State Bar No. 244760)
2121 Natomas Crossing Drive, Suite 200-389
Sacramento, California 95834
Telephone:   (916) 974.9756

Attorneys for Plaintiff
JOHN ROITINGER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROITINGER,<br><br>         Plaintiff,<br><br>    vs.<br><br>PRUDENTIAL FINANCIAL, INC.;<br>PRUDENTIAL ANNUITIES;<br>PRUDENTIAL INSURANCE COMPANY<br>OF AMERICA, INC. and Does 1 through 50,<br>inclusive,<br><br>         Defendants. | Case No. 2:19-CV-01248-WBS-EFB<br><br>**STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER**<br>**(ECF NO. 13)**<br><br>Judge:    Hon. William B. Shubb<br><br>Action Filed:           June 4, 2019<br>Amended Complaint: July 16, 2019<br>Action Removed:      July 3, 2019 |

1   Plaintiff JOHN ROITINGER ("Plaintiff") and Defendants PRUDENTIAL FINANCIAL, INC., PRUDENTIAL ANNUITIES LIFE ASSURANCE CORPORATION, erroneously named as "Prudential Annuities", and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA (the "Parties") hereby stipulate, and respectfully request that the Court order, as follows:

WHEREAS, this Court set a schedule for this case by Status (Pretrial Scheduling) Order dated August 28, 2019 (ECF No. 13) (the "Scheduling Order"); and

WHEREAS, the COVID-19 pandemic has made it impracticable to proceed on the current schedule, in that among other things discovery will require interstate travel; and

WHEREAS, counsel have met and conferred and agreed to revise the case schedule as set forth herein;

IT IS HEREBY STIPULATED that the following dates in the Scheduling Order be modified as set forth below:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Expert Disclosures And Reports (Fed. R. Civ. P. 26(a)(2) | April 30, 2020 | October 30, 2020 |
| Rebuttal Expert Disclosures And Reports (Fed. R. Civ. P. 26(a)(2) | May 29, 2020 | November 30, 2020 |
| Completion of Fact Discovery | June 30, 2020 | January 4, 2021 |
| Last Day for Discovery Motions To Be Heard And Any Resulting Orders Obeyed | June 30, 2020 | January 4, 2021 |
| Motion Filing Deadline | August 14, 2020 | February 1, 2021 |
| Final Pretrial Conference | October 26, 2020 1:30 p.m. | April 26, 2021 1:30 p.m. |

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Jury Trial (Estimated 5 to 15 Days) | December 8, 2020 9:00 a.m. | June 2, 2021 9:00 a.m. |

WE SO MOVE and agree to abide by the terms of this Order.

Respectfully submitted,

Dated:  May 1, 2020.                               BOUCHER LAW

By: */s/ Robert L. Boucher*
Robert L. Boucher
Attorney for Plaintiff JOHN ROITINGER

Dated:  May 1, 2020.                               LAFAYETTE & KUMAGAI LLP

By: */s/ Barbara L. Lyons*
Barbara L. Lyons
Attorneys for Defendants
PRUDENTIAL FINANCIAL, INC.,
PRUDENTIAL ANNUITIES LIFE
ASSURANCE CORPORATION, and THE
PRUDENTIAL INSURANCE OF
AMERICA

**ORDER**

The parties having so stipulated, and good cause appearing therefor,

IT IS SO ORDERED.

DATED:  MAY 1, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605