Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Zane E. Hilton (SBN: 305207)
zhilton@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone:  866.920.1292
Facsimile:   916.927.2046

Robert L. Boucher (SBN: 244760)
robert@boucher-law.com
**BOUCHER LAW**
2121 Natomas Crossing Drive, Suite 200-389
Sacramento, California 95834
Telephone:  916.974.9756

Attorneys for Plaintiff,
JOHN ROITINGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROITINGER,<br><br>        Plaintiff,<br><br>    v.<br><br>PRUDENTIAL FINANCIAL, INC.; PRUDENTIAL ANNUITIES; PRUDENTIAL INSURANCE COMPANY OF AMERICA, INC.; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 2:19-CV-01248-WBS-EFB<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY, TRIAL DATES AND MODIFY SCHEDULING ORDER**<br><br>Action Filed:   June 4, 2019<br>Trial Date:      June 2, 2021 |

Pursuant to the Stipulation of the Parties, the Parties' requests regarding Discovery and Motion Date, Mediation and Trial Scheduling Matters herein are GRANTED as follows:

The following dates in the Scheduling Order be modified as set forth below:

1

**[Proposed] Order Granting Joint Stipulation to Continue Discovery,
Trial Dates and Modify Scheduling Order**
*Roitinger v. Prudential Financial, Inc., et al.*
Case No.:  2:19-CV-01248-WBS-EFB

Lawrance A. Bohm, Esq.
Robert L. Boucher, Esq.
Zane E. Hilton, Esq.

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Expert Disclosures and Reports (Fed. R. Civ. P. 26(a)(2)) | October 30, 2020 | **April 30, 2021** |
| Rebuttal Expert Disclosures and Reports (Fed. R. Civ. P. 26(a)(2)) | November 30, 2020 | **June 1, 2021** |
| Completion of Fact Discovery | January 4, 2021 | **July 6, 2021** |
| Last Day for Discovery Motions To Be Heard And Any Resulting Orders Obeyed | January 4, 2021 | **July 6, 2021** |
| Motion Filing Deadline | February 1, 2021 | **August 2, 2021** |
| Final Pretrial Conference | April 26, 2021 1:30 p.m. | **October 25, 2021 at 1:30 p.m.** |
| Jury Trial (Estimated 5 to 15 Days) | June 2, 2021 9:00 a.m. | **December 7, 2021 at 9:00 a.m.** |

The parties having so stipulated, and good cause appearing therefore,

IT IS SO ORDERED.

Dated:  October 9, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

[Proposed] Order Granting Joint Stipulation to Continue Discovery, **Trial Dates and Modify Scheduling Order**
*Roitinger v. Prudential Financial, Inc., et al.*
Case No.:  2:19-CV-01248-WBS-EFB

Lawrance A. Bohm, Esq.
Robert L. Boucher, Esq.
Zane E. Hilton, Esq.

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834