**SEYFARTH SHAW LLP**
Lorie E. Almon (*Admitted Pro Hac Vice*)
lalmon@seyfarth.com
620 Eighth Avenue, #33
New York, New York 10018
Telephone:    (212) 218-5500
Facsimile:    (212) 218-5526

**SEYFARTH SHAW LLP**
Eric E. Suits (SBN 232762)
esuits@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:    (916) 498-7032
Facsimile:    (916) 558-4839

Attorneys for Defendants
PRUDENTIAL FINANCIAL, INC.;
PRUDENTIAL ANNUITIES; THE PRUDENTIAL
INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROITINGER,<br><br>    Plaintiff,<br><br>    v.<br><br>PRUDENTIAL FINANCIAL, INC.; PRUDENTIAL ANNUITIES; PRUDENTIAL INSURANCE COMPANY OF AMERICA, INC.; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:19-CV-01248-WBS-EFB<br><br>**ORDER RE JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PROC. RULE 21 AND TO CORRECT CAPTION TO IDENTIFY TRUE NAME OF PARTY** |

1

ORDER RE JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PROC. RULE 21
AND TO CORRECT CAPTION TO IDENTIFY TRUE NAME OF PARTY

66558008v.1

**ORDER**

Before the Court is the Parties' Joint Stipulation Re Dismissal Without Prejudice and to Correct Caption to Identify True Name of Party.

The Court, having reviewed and considered all motion papers submitted, and for good cause shown, does hereby find and ORDER:

(1) The name "Prudential Insurance Company of America, Inc." shall be corrected in the Court docket to "The Prudential Insurance Company of America"; and

(2) Defendants Prudential Financial, Inc. and Prudential Annuities are dismissed from this action without prejudice pursuant to Federal Rule of Civil Procedure, Rule 21.

**IT IS SO ORDERED.**

DATED:  DECEMBER 16, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE