1  **SEYFARTH SHAW LLP**
   Lorie E. Almon (*Admitted Pro Hac Vice*)
2  lalmon@seyfarth.com
   620 Eighth Avenue, #33
3  New York, New York  10018
   Telephone:     (212) 218-5500
4  Facsimile:     (212) 218-5526

5  **SEYFARTH SHAW LLP**
   Eric E. Suits (SBN 232762)
6  esuits@seyfarth.com
   400 Capitol Mall, Suite 2350
7  Sacramento, California 95814-4428
   Telephone:     (916) 498-7032
8  Facsimile:     (916) 558-4839

9  Attorneys for Defendants
   PRUDENTIAL FINANCIAL, INC.;
10 PRUDENTIAL ANNUITIES; THE PRUDENTIAL
   INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOHN ROITINGER, | Case No. 2:19-CV-01248-WBS-EFB |
|---|---|
| Plaintiff, | **ORDER GRANTING SECOND JOINT STIPULATION TO CONTINUE DISCOVERY, TRIAL DATES AND MODIFY SCHEDULING ORDER** |
| v. | |
| PRUDENTIAL FINANCIAL, INC.; PRUDENTIAL ANNUITIES; PRUDENTIAL INSURANCE COMPANY OF AMERICA, INC.; and DOES 1 through 50, inclusive, | Action Filed:   June 4, 2019<br>Trial Date:      June 2, 2021 |
| Defendants. | |

Pursuant to the Stipulation of the Parties, the Parties' requests regarding Discovery and Motion Date, Mediation and Trial Scheduling Matters herein are GRANTED as follows:

The following dates in the Scheduling Order be modified as set forth below:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Expert Disclosures and Reports (Fed. R. Civ. P. 26(a)(2)) | April 30, 2021 | November 3, 2021 |
| Rebuttal Expert Disclosures and Reports (Fed. R. Civ. P. 26(a)(2)) | May 31, 2021 | May 24, 2022 |
| Completion of Fact Discovery | July 5, 2021 | January 28, 2022 |
| Last Day for Discovery Motions To Be Heard And Any Resulting Orders Obeyed | July 5, 2021 | January 28, 2022 |
| Motion Filing Deadline | August 2, 2021 | **February 25, 2022** |
| Final Pretrial Conference | October 25, 2021 1:30 pm | **May 23, 2022 1:30 pm** |
| Jury Trial (Estimated 5 to 15 Days) | December 6, 2021 9:00 a.m. | **July 19, 2022 9:00 a.m.** |

The Parties having so stipulated, and good cause appearing therefore,

IT IS SO ORDERED.

Dated:  June 17, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE