**SEYFARTH SHAW LLP**
Lorie E. Almon (*Admitted Pro Hac Vice*)
lalmon@seyfarth.com
620 Eighth Avenue, #33
New York, New York  10018
Telephone:     (212) 218-5500
Facsimile:      (212) 218-5526

**SEYFARTH SHAW LLP**
Eric E. Suits (SBN 232762)
esuits@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:     (916) 498-7032
Facsimile:      (916) 558-4839

Attorneys for Defendants
PRUDENTIAL FINANCIAL, INC.;
PRUDENTIAL ANNUITIES; THE PRUDENTIAL
INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROITINGER,<br><br>        Plaintiff,<br><br>    v.<br><br>PRUDENTIAL FINANCIAL, INC.;<br>PRUDENTIAL ANNUITIES; PRUDENTIAL<br>INSURANCE COMPANY OF AMERICA, INC.;<br>and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 2:19-CV-01248-WBS-EFB<br><br>**ORDER GRANTING THIRD JOINT STIPULATION TO CONTINUE DISCOVERY, TRIAL DATES AND MODIFY SCHEDULING ORDER**<br><br>Action Filed:    June 4, 2019<br>Trial Date:       June 2, 2021 |

Pursuant to the Joint Stipulation to Continue Discovery, Trial Dates and Modify Scheduling Order, the Parties' requests herein are GRANTED as follows:

The following dates in the Scheduling Order be modified as set forth below:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Expert Disclosures and Reports (Fed. R. Civ. P. 26(a)(2) | November 3, 2021 | November 3, 2021 |
| Rebuttal Expert Disclosures and Reports (Fed. R. Civ. P. 26(a)(2) | May 24, 2022 | May 24, 2022 |
| Completion of Fact Discovery | January 28, 2022 | January 28, 2022 |
| Last Day for Discovery Motions To Be Heard And Any Resulting Orders Obeyed | January 28, 2022 | January 28, 2022 |
| Motion Filing Deadline | February 25, 2022 | **March 4, 2022** |
| Final Pretrial Conference | May 23, 2022 1:30 pm | **June 6, 2022 1:30 p.m.** |
| Jury Trial (Estimated 5 to 15 Days) | July 19, 2022 9:00 a.m. | **July 26, 2022 9:00 a.m.** |

The Parties having so stipulated, and good cause appearing therefore,

**IT IS SO ORDERED.**

Dated:  July 26, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE