1 | Lawrance A. Bohm (SBN: 208716)
  | lbohm@bohmlaw.com
2 | Zane E. Hilton (SBN: 305207)
3 | zhilton@bohmlaw.com
  | **BOHM LAW GROUP, INC.**
4 | 4600 Northgate Boulevard, Suite 210
  | Sacramento, California 95834
5 | Telephone: 866.920.1292
6 | Facsimile: 916.927.2046
  | Email: blg000610@bohmlaw.com
7 |
8 | Robert L. Boucher (SBN: 244760)
  | robert@boucher-law.com
9 | **BOUCHER LAW**
  | 2121 Natomas Crossing Drive, Suite 200-389
10 | Sacramento, California 95834
11 | Telephone: 916.974.9756
12 | Attorneys for Plaintiff,
   | JOHN ROITINGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOHN ROITINGER, | Case No.: 2:19-CV-01248-WBS-EFB |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING FOURTH JOINT STIPULATION TO CONTINUE DISCOVERY, TRIAL DATES AND MODIFY SCHEDULING ORDER** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DOES 1 through 50, inclusive, | |
| Defendants. | Action Filed: June 4, 2019<br>Trial Date: July 26, 2022 |

///
///
///
///
///

1

**Order Granting Fourth Joint Stipulation to Continue Discovery, Trial Dates and Modify Scheduling Order**
*Roitinger v. The Prudential Insurance Company of America*
Case No.: 2:19-CV-01248-WBS-EFB

Lawrance A. Bohm, Esq.
Robert L. Boucher, Esq.; Zane E. Hilton, Esq.

Pursuant to the Stipulation of the Parties, the Parties' requests regarding Discovery and Trial Scheduling Matters herein are GRANTED as follows:

The following dates in the Scheduling Order be modified as set forth below:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Expert Disclosures and Reports (Fed. R. Civ. P. 26(a)(2)) | November 3, 2021 | January 3, 2022 |
| Rebuttal Expert Disclosures and Reports (Fed. R. Civ. P. 26(a)(2)) | May 24, 2022 | July 25, 2022 |
| Completion of Fact Discovery | January 28, 2022 | March 28, 2022 |
| Last Day for Discovery Motions To Be Heard And Any Resulting Orders Obeyed | January 28, 2022 | March 28, 2022 |
| Motion Filing Deadline | March 4, 2022 | May 4, 2022 |
| Final Pretrial Conference | May 30, 2022 1:30 p.m. | **August 1, 2022, 1:30 p.m.** |
| Jury Trial (Estimated 5 to 15 Days) | July 26, 2022 9:00 a.m. | **September 27, 2022, 9:00 a.m.** |

The Parties having so stipulated, and good cause appearing therefore,

IT IS SO ORDERED.

Dated: November 8, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Order Granting Fourth Joint Stipulation to Continue Discovery, Trial Dates and Modify Scheduling Order**
*Roitinger v. The Prudential Insurance Company of America*
Case No.: 2:19-CV-01248-WBS-EFB

Lawrance A. Bohm, Esq.
Robert L. Boucher, Esq.; Zane E. Hilton, Esq.

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834