1  SEYFARTH SHAW LLP
   Lorie E. Almon (*Admitted Pro Hac Vice*)
2  lalmon@seyfarth.com
   620 Eighth Avenue, #33
3  New York, New York  10018
   Telephone:     (212) 218-5500
4  Facsimile:     (212) 218-5526

5  SEYFARTH SHAW LLP
   Tiffany Tran Madison (SBN 294213)
6  tmadison@seyfarth.com
   Yoon-Woo Nam (SBN 284644)
7  ynam@seyfarth.com
   400 Capitol Mall, Suite 2350
8  Sacramento, California 95814-4428
   Telephone:     (916) 498-7032
9  Facsimile:     (916) 558-4839

10 Attorneys for Defendant
   THE PRUDENTIAL INSURANCE COMPANY OF
11 AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROITINGER,<br><br>            Plaintiff,<br><br>     v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 2:19-CV-01248-WBS-EFB<br><br>**ORDER GRANTING FIFTH JOINT STIPULATION TO CONTINUE DISCOVERY, TRIAL DATES AND MODIFY SCHEDULING ORDER**<br><br>Action Filed:   June 4, 2019<br>Trial Date:       June 2, 2021 |

79741833v.1

Pursuant to the Joint Stipulation to Continue Discovery, Trial Dates and Modify Scheduling Order, the Parties' requests herein are GRANTED as follows:

The following dates in the Scheduling Order be modified as set forth below:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Completion of Fact Discovery | March 28, 2022 | September 26, 2022 |
| Last Day for Discovery Motions To Be Heard And Any Resulting Orders Obeyed | March 28, 2022 | September 26, 2022 |
| Motion Filing Deadline | May 4, 2022 | November 16, 2022 |
| Rebuttal Expert Disclosures and Reports (Fed. R. Civ. P. 26(a)(2) | July 25, 2022 | January 17, 2023 |
| Final Pretrial Conference | August 1, 2022 1:30 p.m. | **February 13, 2023 1:30 p.m.** |
| Jury Trial (Estimated 5 to 15 Days) | September 27, 2022 9:00 a.m. | **April 11, 2023 9:00 a.m.** |

The Parties having so stipulated, and good cause appearing therefore,

IT IS SO ORDERED.

Dated:  March 14, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

79741833v.1