SEYFARTH SHAW LLP
Lorie E. Almon (*Admitted Pro Hac Vice*)
lalmon@seyfarth.com
620 Eighth Avenue, #33
New York, New York 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

SEYFARTH SHAW LLP
Tiffany Tran Madison (SBN 294213)
tmadison@seyfarth.com
Yoon-Woo Nam (SBN 284644)
ynam@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone: (916) 498-7032
Facsimile: (916) 558-4839

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROITINGER,<br><br>              Plaintiff,<br><br>     v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No. 2:19-CV-01248-WBS-EFB<br><br>**ORDER GRANTING SIXTH JOINT STIPULATION TO CONTINUE DISCOVERY, TRIAL DATES AND MODIFY SCHEDULING ORDER**<br><br>Action Filed:  June 4, 2019<br>Trial Date:      March 21, 2023 |

86928184v.1

Pursuant to the Joint Stipulation to Continue Discovery, Trial Dates and Modify Scheduling Order, the Parties' requests herein are GRANTED as follows:

The following dates in the Scheduling Order be modified as set forth below:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Completion of Fact Discovery | September 26, 2022 | December 21, 2022 |
| Last Day for Discovery Motions To Be Heard And Any Resulting Orders | September 26, 2022 | December 21, 2022 |
| Motion Filing Deadline | November 16, 2022 | January 17, 2023 |
| Rebuttal Expert Disclosures and Reports (Fed. R. Civ. P. 26(a)(2) | January 16, 2023 | January 17, 2023 |
| Final Pretrial Conference | February 7, 2023 1:30 p.m. | **March 27, 2023, 1:30 p.m.** |
| Jury Trial (Estimated 5 to 15 Days) | March 21, 2023 9:00 a.m. | **May 9, 2023, 9:00 a.m.** |

The Parties having so stipulated, and good cause appearing therefore,

IT IS SO ORDERED.

Dated:  September 19, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

86928184v.1