UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROITINGER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:19-CV-01248-WBS-EFB<br><br>**ORDER GRANTING SEVENTH JOINT STIPULATION TO CONTINUE DISCOVERY, TRIAL DATES AND MODIFY SCHEDULING ORDER**<br><br>Action Filed:　June 4, 2019<br>Trial Date:　　May 9, 2023 |

90945734v.1

Pursuant to the Joint Stipulation to Continue Discovery, Trial Dates and Modify Scheduling Order, the Parties' requests herein are GRANTED as follows:

The following dates in the Scheduling Order be modified as set forth below:

| EVENT | CURRENT DATE | NEW DATE |
| --- | --- | --- |
| Completion of Fact Discovery | December 21, 2022 | **May 8, 2023** |
| Last Day for Discovery Motions To Be Heard And Any Resulting Orders Obeyed | December 21, 2022 | **May 8, 2023** |
| Motion Filing Deadline | January 17, 2023 | **June 5, 2023** |
| Rebuttal Expert Disclosures and Reports (Fed. R. Civ. P. 26(a)(2) | January 17, 2023 | **June 5, 2023** |
| Final Pretrial Conference | March 27, 2023 1:30 p.m. | **August 14, 2023 1:30 p.m.** |
| Jury Trial (Estimated 5 to 15 Days) | May 9, 2023 9:00 a.m. | **September 26, 2023 9:00 a.m.** |

The Parties having so stipulated, and good cause appearing therefore,

IT IS SO ORDERED.

Dated:  January 6, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

90945734v.1