1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROITINGER,<br><br>             Plaintiff,<br><br>        v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No. 2:19-CV-01248-WBS-EFB<br><br>**ORDER GRANTING EIGHTH JOINT STIPULATION TO CONTINUE DISCOVERY, TRIAL DATES AND MODIFY SCHEDULING ORDER**<br><br>Action Filed:   June 4, 2019<br>Trial Date:      September 26, 2023 |

93471213v.1

Pursuant to the Joint Stipulation to Continue Discovery, Trial Dates and Modify Scheduling Order, the Parties' requests herein are GRANTED as follows:

The following dates in the Scheduling Order be modified as set forth below:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Completion of Fact Discovery | May 8, 2023 | **January 16, 2024** |
| Last Day for Discovery Motions To Be Heard And Any Resulting Orders Obeyed | May 8, 2023 | **January 16, 2024** |
| Motion Filing Deadline | June 5, 2023 | **February 5, 2024** |
| Rebuttal Expert Disclosures and Reports (Fed. R. Civ. P. 26(a)(2)) | June 5, 2023 | **February 5, 2024** |
| Final Pretrial Conference | August 14, 2023 1:30 p.m. | **April 22, 2024 1:30 p.m.** |
| Jury Trial (Estimated 5 to 15 Days) | September 26, 2023 9:00 a.m. | **June 25, 2024 9:00 a.m.** |

The Parties having so stipulated, and good cause appearing therefore,

IT IS SO ORDERED.

Dated:  April 6, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

93471213v.1